UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JORGE JUAREZ SANCHEZ, SANTOS RODRIGUEZ
GARCIA, CRISTOBAL BADILLO, SERGIO
GUADALUPE PALAFOX, JORGE ARTURO            **18-CV-02664-KPF**
CASTILLO CEREZO, and KRIS SUTHAYABHORN,
*individually and on behalf of others similarly situated,*   **DEFAULT JUDGMENT**

                          *Plaintiffs*,

        -against-

POTJANEE INC. (D/B/A POTJANEE), POTJANEE
AUTHENTIC THAI RESTAURANT INC. (D/B/A
POTJANEE), THINAWAN MANEEPONG,
POTJANEE MANEEPONG, CHIRAPHAT
KHEMDAENG, ARTHIT MANEEPONG, and
BHIMWALAN TANAJAM,

                         *Defendants.*
------------------------------------------------------------------X

## JUDGMENT

On March 26, 2018, this action was commenced by Plaintiffs' filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on the above-named defendants Potjanee Inc. (d/b/a Potjanee), Potjanee Authentic Thai Restaurant Inc. (d/b/a Potjanee), Thinawan Maneepong, Potjanee Maneepong, Arthit Maneepong and Bhimwalan Tanajam, and said Defendants having failed to pled or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment jointly and severally against the Defendants Potjanee Inc. (d/b/a Potjanee), Potjanee Authentic Thai Restaurant Inc. (d/b/a Potjanee), Thinawan Maneepong, Potjanee Maneepong, Arthit Maneepong and Bhimwalan Tanajam, in the amount of

- 2 -

$1,227,512.47, including compensatory damages and permissible liquidated damages and prejudgment interest, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiffs are awarded attorney's fees in the amount of $3,150.00 and costs in the amount of $1,956.00, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiffs are awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

ISSUED: _____

_____
KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

To:

POTJANEE INC. (D/B/A POTJANEE)
48 Carmine St.
New York NY 10014

POTJANEE AUTHENTIC THAI RESTAURANT INC. (D/B/A POTJANEE)
48 Carmine St.
New York, NY 10014

THINAWAN MANEEPONG
48 Carmine St.
New York, NY 10014

POTJANEE MANEEPONG
48 Carmine St.
New York, NY 10014


ARTHIT MANEEPONG
48 Carmine St.
New York, NY 10014

BHIMWALAN TANAJAM
48 Carmine St.
New York, NY 10014